## ASSIGNMENT OF MORTGAGE

KNOW all by these presents that

**Mortgage Electronic Registration Systems, Inc., as nominee for Taylor, Bean & Whitaker Mortgage Corp., its successors and assigns**

with a mailing address of P.O. Box 2026, Flint, MI 48501 ("Assignor"), the holder of a certain mortgage hereinafter mentioned, for consideration paid, the receipt whereof is hereby acknowledged, hereby assigns to:

**Nationstar Mortgage LLC**

with a mailing address c/o c/o Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08628 ("Assignee") all Assignor's right, title and interest in and to the following mortgage:

| | |
|---|---|
| Given by: | James A. Johnson and Mary A. Johnson |
| Given to: | Mortgage Electronic Registration Systems, Inc., as nominee for Taylor, Bean & Whitaker Mortgage Corp., its successors and assigns |
| Dated: | 2/27/2009 |
| Recorded: | Book: 15577  Page: 257 |
| Registry: | York County Registry of Deeds |
| Property: | 4 George Street, Springvale, Maine |

To have and to hold the same unto the Assignee and to the successors, legal representatives and assigns of Assignee forever.

THIS ASSIGNMENT IS WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND OR NATURE, EITHER EXPRESS OR IMPLIED IN FACT OR IMPOSED BY LAW.


EXHIBIT D

IN WITNESS WHEREOF, the undersigned has caused this Assignment to be executed by its duly authorized representative this __27__ day of __March__, 2015.

                                            **Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Taylor, Bean & Whitaker Mortgage Corp., its successors and assigns**

Date: __March 27__, 2015,  By: _[signature]_

Printed Name: __Sheila M Owens__

Title: __Assistant Vice President__

STATE OF __New Jersey__

COUNTY OF __Mercer__

Then personally appeared __Sheila M Owens, Assistant Vice President__, who provided to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of __New Jersey__ that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

[Notary Seal: EVELYN DE LEON, NOTARY PUBLIC, STATE OF NEW JERSEY, ID #2442945, My Commission Expires 02-11-2019]

Notary Public

Printed Name: __Evelyn DeLeon__

My Comm. Expires: __Feb 11, 2019__

Document Type:    Assignment of Mortgage
Borrower(s):        James A. Johnson and Mary A. Johnson
Property Address:  4 George Street, Springvale, ME