Recording Requested By:
RICHMOND MONROE GROUP

When recorded return to : ℓℓℓ
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS #

## QUIT CLAIM ASSIGNMENT OF MORTGAGE
### "JOHNSON"

York, Maine
INVESTOR #:
Assignment Prepared on: August 7th, 2019.

WHEREAS, TAYLOR, BEAN & WHITAKER MORTGAGE CORP. is identified as the "Lender" on a certain mortgage executed by JAMES A JOHNSON AND MARY A JOHNSON and being Dated: 02/27/2009 Recorded: 03/05/2009 in Book/Reel/Liber: 15577 Page/Folio: 0257 as Instrument No.: 2009009421 (hereinafter the "Mortgage");

Property Address: 4 GEORGE STREET, SPRINGVALE, ME 04083

WHEREAS, TAYLOR, BEAN & WHITAKER MORTGAGE CORP. wishes to convey and assign and quitclaim any and all rights it may have under the Mortgage to SELECT PORTFOLIO SERVICING, INC. ; and

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of TAYLOR, BEAN & WHITAKER MORTGAGE CORP. , its successors and assigns and, upon recording of the Mortgage, became the mortgagee of record;

WHERAS, this Quitclaim Assignment is made without recourse, representation or warranty of any kind, either express or implied; and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage.

Accordingly, TAYLOR, BEAN & WHITAKER MORTGAGE CORP. hereby conveys, assigns and quit claims to SELECT PORTFOLIO SERVICING, INC. all of its rights, title and interests (whatever they may be, if any) in the Mortgage to SELECT PORTFOLIO SERVICING, INC. .

IN WITNESS WHEREOF, the officer duly authorized, has signed, sealed and delivered the foregoing instrument.

TAYLOR, BEAN & WHITAKER MORTGAGE CORP.
On 08-26-19
By: ~~Neil Luria, Chief Restructuring Officer~~
Kira Abramovs, Vice President of Finance

STATE OF FLORIDA
COUNTY OF ORANGE

On 08-26-19, before me, Jennifer Rice, a Notary Public in and for the State of Florida , personally appeared ~~Neil Luria~~ Kira Abramovs, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed, signed, sealed, and delivered the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal,

Jennifer Rice
Notary Expires:  05/16/2020

Jennifer Rice
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF992720
Expires 5/16/2020

(This area for notarial seal)

*BRY*BRYAMRC*08/02/2019 01:17:00 PM* AMRC28AMRCA00000000000000966387* MEYORK* 0023934938 MESTATE_QC_ASSIGN_ASSN *S02*SOAMRC*


EXHIBIT F