NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED **Bk 18220 PG 116**
Instr # 2020016279
04/15/2020 01:14:47 PM
Pages 1   YORK CO

**Recording Requested By:**
Richmond Monroe Group

**When Recorded Mail To:**
Jeff Prose
Richmond Monroe Group
82 Jim Linegar Ln
Branson West, MO, 65737
(417) 447-2931

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/YORK

Assignment Prepared on: March 09, 2020

**Assignor: SELECT PORTFOLIO SERVICING, INC., A UTAH CORPORATION**, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee: FEDERAL HOME LOAN MORTGAGE CORPORATION**, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 2/27/2009, in the amount of $82,500.00, executed by JAMES A JOHNSON AND MARY A JOHNSON to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS and Recorded: 3/5/2009, Instrument #: 2009009421, Book: 15577, Page: 0257 in YORK County, State of MAINE.

Property Address: 4 GEORGE STREET, SPRINGVALE, ME, 04083

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

SELECT PORTFOLIO SERVICING, INC., A UTAH CORPORATION

On: 3/17/2020
By: _____
Name: Jonathan Fournier
Title: Document Control Officer

State of UTAH
County of SALT LAKE

On **MAR 17 2020**, before me, Rylie Naylor, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Jonathan Fournier, Document Control Officer, SELECT PORTFOLIO SERVICING, INC., A UTAH CORPORATION, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Rylie Naylor
Notary Expires: FEB 2 0 2024   / #: 710640

**RYLIE NAYLOR**
Notary Public State of Utah
My Commission Expires on:
February 20, 2024
Comm. Number: 710640

ME/YORK

**EXHIBIT G**