UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

FEDERAL HOME LOAN MORTGAGE )
CORPORATION )
)
v. )      CIVIL NO.  2:22-cv-00148-LEW
)
MARY JOHNSON, et al., )

ORDER TO SHOW CAUSE

A review of the file in the above matter reflects that the interested party, KeyBank National Association was served on May 31, 2022, and interested party Kevin Gagnon was served on May 24, 2022.  As of this date no responsive pleading has been filed and plaintiff has not moved for entry of default or default judgment.

Accordingly, it is ORDERED that pursuant to Rule 41.1(b) of the Local Rules of this Court counsel shall show cause in writing no later than 14 days from this date, why this matter should not be dismissed for lack of prosecution.

So ORDERED.

LANCE E. WALKER
United States District Judge


By: /s/ Meghan Maker
      Deputy Clerk

Dated this 27th day of July, 2022.