UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff | ) ) |
| v. | )  2:22-cv-00148-LEW |
| MARY JOHNSON, et al., | ) ) ) |
| Defendants | ) |

**PROCEDURAL ORDER**

In its motion to amend the complaint, Plaintiff referenced a settlement agreement with Defendant Mary Johnson. (Motion to Amend, ECF No. 33.) After the Court granted Plaintiff's motion, Plaintiff filed an amended complaint. Defendant Mary Johnson is a party to Count I of the amended complaint. Given Plaintiff's reference to a settlement with Defendant Mary Johnson, the Court is uncertain as to the parties' intention regarding Count I of the amended complaint against Defendant Mary Johnson.

On or before May 15, 2023, Plaintiff shall advise the Court whether under the terms of the parties' settlement agreement, Defendant Mary Johnson is expected to defend against Count I of the amended complaint. If Defendant Mary Johnson is expected to defend against Count I of the amended complaint, the Court will establish a deadline for Defendant Mary Johnson's response to the amended complaint. If Defendant Mary Johnson is not expected to defend against Count I of the amended complaint, the Court will establish a deadline for Plaintiff to move for a default.

## **NOTICE**

     Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

                                        /s/ John C. Nivison
                                        U.S. Magistrate Judge

Dated this 8th day of May, 2023.